# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 21, 2008

Charles R. Fulbruge III
Clerk

No. 08-10066
Conference Calendar

TERRY JAMES

                Plaintiff-Appellant

v.

KATRENA SCOTT

                Defendant-Appellee

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:07-CV-419

---

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM:[*]

      Terry James appeals the district court's dismissal of his 42 U.S.C. § 1981 action for failure to state a claim. James has filed a motion for leave to proceed in forma pauperis (IFP) on appeal, challenging the district court's denial of IFP and certification that his appeal would not be taken in good faith. See Baugh v. Taylor, 117 F.3d 197, 202 (5th Cir. 1997); 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(3). James argues that defendant Katrena Scott's denial of his insurance claim was based on discriminatory intent.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

James has not shown that the district court erred in determining that he had not alleged sufficient facts to show that Scott acted with discriminatory intent in denying his insurance claim. See Green v. State Bar of Tex., 27 F.3d 1083, 1086 (5th Cir. 1994). James is not entitled to relief because his pleading "requires more than labels and conclusions, and . . . [f]actual allegations must be enough to raise a right to relief above the speculative level on the assumption that all the allegations in the complaint are true (even if doubtful in fact)." Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1965 (2007) (citation omitted). This appeal is without arguable merit and is thus frivolous. See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983). Accordingly, James's IFP motion is DENIED and the appeal is DISMISSED. See Baugh, 117 F.3d at 202 & n.24; 5TH CIR. R. 42.2.